United States District Court

Eastern District of California

Tony Campbell,

        Plaintiff,                    No. Civ. S 05-1322 DFL PAN P

  vs.                               Findings and Recommendations

M. Pennen,

        Defendant.

-oOo-

November 18, 2005, I gave plaintiff 20 days to explain in writing how the facts alleged in his complaint place him "under imminent danger of serious physical injury" and warned him that failure so to do would result in a recommendation his request to proceed in forma pauperis be denied pursuant to 28 U.S.C. § 1915(g). Plaintiff has responded.

Plaintiff alleges that from May 2005 until July 2005, he suffered severe pain in his left ear and could not hear with it because of delays between treatments to remove ear wax.

1     Neither past injury nor the possibility of future injury
2 satisfies 28 U.S.C. § 1915(g).  See Malik v. McGinnis, 293 F.3d
3 559, 562 (2nd Cir. 2002); Abdul-Akbar v. McKelvie, 239 F.3d 307,
4 313 (3d Cir. 2001); Ashley v. Dilworth, 147 F.3d 715 (8th Cir.
5 1998).  Petitioner does not allege he presently is in severe
6 pain.
7     Accordingly, I find plaintiff has failed to demonstrate he
8 is entitled to proceed in forma pauperis.
9     The court should deny plaintiff's application to proceed in
10 forma pauperis and direct the clerk of the court to close this
11 case.
12     Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these
13 findings and recommendations are submitted to the United States
14 District Judge assigned to this case.  Written objections may be
15 filed within 20 days of service of these findings and
16 recommendations.  The document should be captioned "Objections to
17 Magistrate Judge's Findings and Recommendations."  The district
18 judge may accept, reject, or modify these findings and
19 recommendations in whole or in part.
20     Dated: January 5, 2006.

           /s/ Peter A. Nowinski
      PETER A. NOWINSKI
      Magistrate Judge